E-FILED
Friday, 05 November, 2021 07:37:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | No. 1:21-cv-01122-SLD-JEH<br><br>Chief Judge Sara Darrow |

**DECLARATION OF NICOLA MENALDO IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**

I, Nicola Menaldo, declare as follows:

1. I am a partner at the law firm Perkins Coie LLP, and am counsel for Defendant Google LLC in this matter. I have personal knowledge of the matters discussed below and would competently testify thereto if called.

2. Attached as Exhibit 1 is a copy of Google's current Privacy Policy, effective July 1, 2021. The Privacy Policy can be accessed at the URL provided on page 14 of Plaintiffs' Opposition: https://policies.google.com/privacy.

3. Attached as Exhibit 2 is a copy of the Google Workspace for Education Privacy Notice. This document can be accessed at the URL provided on page 14 of Plaintiffs' Opposition: https://workspace.google.com/terms/education_privacy.html#privacy-police-revamp-intro.

4. Attached as Exhibit 3 is a redline comparing Plaintiffs' original Complaint, ECF No. 1 at 10-35, with the First Amended Complaint, ECF No. 14.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 5th day of November 2021, in La Conner, Washington.

*/s/ Nicola C. Menaldo*