E-FILED
Tuesday, 12 April, 2022  12:23:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated, <br><br>        Plaintiffs, <br><br>   v. <br><br>GOOGLE, LLC, <br><br>        Defendant. | No. 1:21-cv-01122-SLD-JEH |

**Agreed Motion to Extend Time to Answer the First Amended Complaint**

Pursuant to Local Rule 6.1, Defendant Google, LLC, hereby moves the Court to extend by 45 days the deadline for Google to answer the First Amended Complaint.  Pursuant to Local Rule 6.1, Google conferred with Plaintiffs, and Plaintiffs agreed to this extension. In further support of this Motion Google states:

1.  Plaintiffs filed the First Amended Complaint on July 1, 2021.  Dkt. No. 14.

2.  Google moved to dismiss the First Amended Complaint on August 2, 2021. Dkt. No. 16.

3.  The Court granted in part and denied in part Google's Motion to Dismiss the First Amended Complaint on March 31, 2022.  Dkt. No. 20.

4.  Plaintiffs have represented to Google that they do not intend to file a Second Amended Complaint.

5.  Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Google's current deadline to file its Answer is April 14, 2022.

Agreed Motion for Extension of Time

6.      Google requested that Plaintiffs agree to an additional 45 days for Google to Answer.  Plaintiffs agreed.

7.      Should the Court grant this Joint Motion, Google's date to respond to the Complaint will be May 31, 2022.[1]

8.      Based on the foregoing, Google respectfully requests that the Court extend the deadline to answer the First Amended Complaint to and including May 31, 2022.


Date: April 12, 2022

Respectfully submitted,

By: s/ Nicola Menaldo
_____

Bobbie Wilson, Lead Counsel
Sunita Bali
Samuel Wilson
PERKINS COIE LLP
505 Howard St., Suite 100
San Francisco, CA 94015-3204
Telephone: 415.344.7000
Email: BWilson@perkinscoie.com
Email: SBali@perkinscoie.com
Email: SWilson@perkinscoie.com

Kathleen A. Stetsko
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Telephone: 312.324.8400
Email: KStetsko@perkinscoie.com

Nicola Menaldo
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: NMenaldo@perkinscoie.com

---

[1] Forty-five days after April 14, 2022 is May 29, 2022, which is a Sunday, and the following Monday is a federal holiday. Accordingly, the parties have agreed to extend the deadline to the following court day, May 31, 2022.

Joint Motion for Extension of Time