# Exhibit 5

**From:** Menaldo, Nicola C. (SEA)
**To:** Ted Maya; Wilson, Samuel (SFO); Wilson, Bobbie J. (SFO); Stetsko, Kathleen A. (Kate) (CHI); Bali, Sunita (SFO); Harris, Jordan (SEA)
**Cc:** Henry Kelston; scott; jmarchese@bursor.com; jarisohn@bursor.com; pfraietta@bursor.com; Robert Ahdoot; Tina Wolfson; fhedin@hedinhall.com; dhall@hedinhall.com; Chris Stiner
**Subject:** RE: Farwell v. Google LLC, Case No. 21-cv-01122 (C.D. Ill.)
**Date:** Thursday, May 18, 2023 5:17:39 PM

Hi Ted,

Google will agree to a 90-day extension.

**Nicola Menaldo** | **Perkins Coie LLP**
D. +1.206.359.3787

---

**From:** Menaldo, Nicola C. (SEA)
**Sent:** Thursday, May 18, 2023 12:10 PM
**To:** Ted Maya <tmaya@ahdootwolfson.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Stetsko, Kathleen A. (Kate) (CHI) <KStetsko@perkinscoie.com>; Bali, Sunita (SFO) <SBali@perkinscoie.com>; Harris, Jordan (SEA) <JordanHarris@perkinscoie.com>
**Cc:** Henry Kelston <hkelston@ahdootwolfson.com>; scott <scott@bursor.com>; jmarchese@bursor.com; jarisohn@bursor.com; pfraietta@bursor.com; Robert Ahdoot <rahdoot@ahdootwolfson.com>; Tina Wolfson <twolfson@ahdootwolfson.com>; fhedin@hedinhall.com; dhall@hedinhall.com; Chris Stiner <cstiner@ahdootwolfson.com>
**Subject:** RE: Farwell v. Google LLC, Case No. 21-cv-01122 (C.D. Ill.)

Hi Ted,

I hope to have an answer on this soon.

**Nicola Menaldo** | **Perkins Coie LLP**
D. +1.206.359.3787

---

**From:** Ted Maya <tmaya@ahdootwolfson.com>
**Sent:** Wednesday, May 17, 2023 1:44 PM
**To:** Menaldo, Nicola C. (SEA) <NMenaldo@perkinscoie.com>; Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Stetsko, Kathleen A. (Kate) (CHI) <KStetsko@perkinscoie.com>; Bali, Sunita (SFO) <SBali@perkinscoie.com>; Harris, Jordan (SEA) <JordanHarris@perkinscoie.com>
**Cc:** Henry Kelston <hkelston@ahdootwolfson.com>; scott <scott@bursor.com>; jmarchese@bursor.com; jarisohn@bursor.com; pfraietta@bursor.com; Robert Ahdoot <rahdoot@ahdootwolfson.com>; Tina Wolfson <twolfson@ahdootwolfson.com>; fhedin@hedinhall.com; dhall@hedinhall.com; Chris Stiner <cstiner@ahdootwolfson.com>
**Subject:** Re: Farwell v. Google LLC, Case No. 21-cv-01122 (C.D. Ill.)

Thanks Nicola – we appreciate it.

Will Google meet us in the middle and agree on a 90-day extension? Please let us know by noon tomorrow.

Theodore Maya
Ahdoot & Wolfson, PC
2600 W. Olive Avenue | Suite 500
Burbank, California 91505-4521
Tel (310) 474-9111
Fax (310) 474-8585
tmaya@ahdootwolfson.com

---

**From:** "Menaldo, Nicola C. (SEA)" <NMenaldo@perkinscoie.com>
**Date:** Tuesday, May 16, 2023 at 3:30 PM
**To:** Ted Maya <tmaya@ahdootwolfson.com>, "Wilson, Samuel (SFO)" <SWilson@perkinscoie.com>, "Wilson, Bobbie J. (SFO)" <BWilson@perkinscoie.com>, "Stetsko, Kathleen A. (Kate) (CHI)" <KStetsko@perkinscoie.com>, "Bali, Sunita (SFO)" <SBali@perkinscoie.com>, "Harris, Jordan (SEA)" <JordanHarris@perkinscoie.com>
**Cc:** Henry Kelston <hkelston@ahdootwolfson.com>, scott <scott@bursor.com>, "jmarchese@bursor.com" <jmarchese@bursor.com>, "jarisohn@bursor.com" <jarisohn@bursor.com>, "pfraietta@bursor.com" <pfraietta@bursor.com>, Robert Ahdoot <rahdoot@ahdootwolfson.com>, Tina Wolfson <twolfson@ahdootwolfson.com>, Frank Hedin <fhedin@hedinhall.com>, "dhall@hedinhall.com" <dhall@hedinhall.com>
**Subject:** RE: Farwell v. Google LLC, Case No. 21-cv-01122 (C.D. Ill.)

Ext.

Hi Ted,

Google will agree to a 60-day extension of the case deadlines.

Thanks
Nicola

**Nicola Menaldo** | **Perkins Coie LLP**
D. +1.206.359.3787

---

**From:** Ted Maya <tmaya@ahdootwolfson.com>
**Sent:** Tuesday, May 16, 2023 11:27 AM
**To:** Menaldo, Nicola C. (SEA) <NMenaldo@perkinscoie.com>; Wilson, Samuel (SFO)

<SWilson@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Stetsko, Kathleen A. (Kate) (CHI) <KStetsko@perkinscoie.com>; Bali, Sunita (SFO) <SBali@perkinscoie.com>; Harris, Jordan (SEA) <JordanHarris@perkinscoie.com>
**Cc:** Henry Kelston <hkelston@ahdootwolfson.com>; scott <scott@bursor.com>; jmarchese@bursor.com; jarisohn@bursor.com; pfraietta@bursor.com; Robert Ahdoot <rahdoot@ahdootwolfson.com>; Tina Wolfson <twolfson@ahdootwolfson.com>; fhedin@hedinhall.com; dhall@hedinhall.com
**Subject:** Re: Farwell v. Google LLC, Case No. 21-cv-01122 (C.D. Ill.)

Counsel,

If we don't hear back from you on our requested extension of deadlines by Thursday 5pm Pacific, or if Google is not willing to agree to such an extension, we will file a motion requesting such relief.

Thank you,

Ted
Theodore Maya
Ahdoot & Wolfson, PC
2600 W. Olive Avenue | Suite 500
Burbank, California 91505-4521
Tel (310) 474-9111
Fax (310) 474-8585
tmaya@ahdootwolfson.com

---

**From:** Ted Maya <tmaya@ahdootwolfson.com>
**Date:** Friday, May 12, 2023 at 3:57 PM
**To:** "Nicola C. Menaldo" <nmenaldo@perkinscoie.com>, "Wilson, Samuel (SFO)" <SWilson@perkinscoie.com>, "Wilson, Bobbie J. (SFO)" <BWilson@perkinscoie.com>, "Stetsko, Kathleen A. (Kate) (CHI)" <KStetsko@perkinscoie.com>, "Bali, Sunita (SFO)" <SBali@perkinscoie.com>, "Harris, Jordan (SEA)" <JordanHarris@perkinscoie.com>
**Cc:** Henry Kelston <hkelston@ahdootwolfson.com>, scott <scott@bursor.com>, "jmarchese@bursor.com" <jmarchese@bursor.com>, "jarisohn@bursor.com" <jarisohn@bursor.com>, "pfraietta@bursor.com" <pfraietta@bursor.com>, Robert Ahdoot <rahdoot@ahdootwolfson.com>, Tina Wolfson <twolfson@ahdootwolfson.com>, Frank Hedin <fhedin@hedinhall.com>, "dhall@hedinhall.com" <dhall@hedinhall.com>
**Subject:** Re: Farwell v. Google LLC, Case No. 21-cv-01122 (C.D. Ill.)

Nicola,

At a minimum, responses to our outstanding discovery requests require entry of a protective order and ESI Protocol, both of which we continue to negotiate. Without full responses to our outstanding discovery requests, it is not possible to assess whether further production and/or written discovery will be necessary. We also need documents in order to take depositions.

To the extent Google agreed to produce documents at all in response to Plaintiffs' RFPs, Google stated compliance would require entry of a protective order, and Google stated that it would supplement its Reponses to Plaintiffs' Interrogatories after the Protective Order is entered. Given this state of discovery, the requested extension – of all the deadlines in the discovery plan adopted by the Court – is necessary. Will google agree? Otherwise we will have to file a motion, so please let us know.

Thanks again,

Ted

Theodore Maya
Ahdoot & Wolfson, PC
2600 W. Olive Avenue | Suite 500
Burbank, California 91505-4521
Tel (310) 474-9111
Fax (310) 474-8585
tmaya@ahdootwolfson.com

---

**From:** "Menaldo, Nicola C. (SEA)" <NMenaldo@perkinscoie.com>
**Date:** Friday, May 12, 2023 at 11:08 AM
**To:** Ted Maya <tmaya@ahdootwolfson.com>, "Wilson, Samuel (SFO)" <SWilson@perkinscoie.com>, "Wilson, Bobbie J. (SFO)" <BWilson@perkinscoie.com>, "Stetsko, Kathleen A. (Kate) (CHI)" <KStetsko@perkinscoie.com>, "Bali, Sunita (SFO)" <SBali@perkinscoie.com>, "Harris, Jordan (SEA)" <JordanHarris@perkinscoie.com>
**Cc:** Henry Kelston <hkelston@ahdootwolfson.com>, scott <scott@bursor.com>, "jmarchese@bursor.com" <jmarchese@bursor.com>, "jarisohn@bursor.com" <jarisohn@bursor.com>, "pfraietta@bursor.com" <pfraietta@bursor.com>, Robert Ahdoot <rahdoot@ahdootwolfson.com>, Tina Wolfson <twolfson@ahdootwolfson.com>, Frank Hedin <fhedin@hedinhall.com>, "dhall@hedinhall.com" <dhall@hedinhall.com>
**Subject:** RE: Farwell v. Google LLC, Case No. 21-cv-01122 (C.D. Ill.)

Ext.

Hi Ted,

I assume you would like a commensurate extension of the fact discovery cutoff a week from today? Please let us know what additional discovery plaintiffs intend to take so that we can evaluate your request with Google.

Thanks
Nicola

**Nicola Menaldo** | **Perkins Coie LLP**
D. +1.206.359.3787

---

**From:** Ted Maya <tmaya@ahdootwolfson.com>
**Sent:** Wednesday, May 10, 2023 4:08 PM
**To:** Wilson, Samuel (SFO) <SWilson@perkinscoie.com>; Menaldo, Nicola C. (SEA) <NMenaldo@perkinscoie.com>; Wilson, Bobbie J. (SFO) <BWilson@perkinscoie.com>; Stetsko, Kathleen A. (Kate) (CHI) <KStetsko@perkinscoie.com>; Bali, Sunita (SFO) <SBali@perkinscoie.com>; Harris, Jordan (SEA) <JHarris3@perkinscoie.com>
**Cc:** Henry Kelston <hkelston@ahdootwolfson.com>; scott <scott@bursor.com>; jmarchese@bursor.com; jarisohn@bursor.com; pfraietta@bursor.com; Robert Ahdoot <rahdoot@ahdootwolfson.com>; Tina Wolfson <twolfson@ahdootwolfson.com>; fhedin@hedinhall.com; dhall@hedinhall.com
**Subject:** Farwell v. Google LLC, Case No. 21-cv-01122 (C.D. Ill.)

Counsel,

Will Google agree to continue the June 23, 2023, deadline for class certification, by 120 days?

Please let us know.

Thanks,

Ted
Theodore Maya
Ahdoot & Wolfson, PC
2600 W. Olive Avenue | Suite 500
Burbank, California 91505-4521
Tel (310) 474-9111
Fax (310) 474-8585
tmaya@ahdootwolfson.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.