# Exhibit 6

**From:** Ted Maya
**To:** Wilson, Samuel (SFO); scott; jmarchese@bursor.com; jarisohn@bursor.com; pfraietta@bursor.com; Robert Ahdoot; Tina Wolfson; fhedin@hedinhall.com; dhall@hedinhall.com; andrew@lucielaw.com
**Cc:** Wilson, Bobbie J. (SFO); Bali, Sunita (SFO); Menaldo, Nicola C. (SEA); Stetsko, Kathleen A. (Kate) (CHI); Harris, Jordan (SEA); Henry Kelston; John C. Carey; Chris Stiner
**Subject:** Re: H.K. v. Google LLC, Case No. 21-cv-01122 (C.D. Ill.)
**Date:** Thursday, May 25, 2023 2:12:37 PM

---

Hi Sam,

9:30 am Tuesday, or Wednesday 10 am, work on this end. Because we've reached an impasse on the protective order, we'd like to focus on the ESI Protocol.

Thanks,

Ted
Theodore Maya
Ahdoot & Wolfson, PC
2600 W. Olive Avenue | Suite 500
Burbank, California 91505-4521
Tel (310) 474-9111
Fax (310) 474-8585
tmaya@ahdootwolfson.com

---

**From:** "Wilson, Samuel (SFO)" <SWilson@perkinscoie.com>
**Date:** Wednesday, May 24, 2023 at 9:50 AM
**To:** Ted Maya <tmaya@ahdootwolfson.com>, scott <scott@bursor.com>, "jmarchese@bursor.com" <jmarchese@bursor.com>, "jarisohn@bursor.com" <jarisohn@bursor.com>, "pfraietta@bursor.com" <pfraietta@bursor.com>, Robert Ahdoot <rahdoot@ahdootwolfson.com>, Tina Wolfson <twolfson@ahdootwolfson.com>, Frank Hedin <fhedin@hedinhall.com>, "dhall@hedinhall.com" <dhall@hedinhall.com>, "andrew@lucielaw.com" <andrew@lucielaw.com>
**Cc:** "Wilson, Bobbie J. (SFO)" <BWilson@perkinscoie.com>, "Bali, Sunita (SFO)" <SBali@perkinscoie.com>, "Nicola C. Menaldo" <nmenaldo@perkinscoie.com>, "Stetsko, Kathleen A. (Kate) (CHI)" <KStetsko@perkinscoie.com>, "Harris, Jordan (SEA)" <JordanHarris@perkinscoie.com>, Henry Kelston <hkelston@ahdootwolfson.com>, "John C. Carey" <jcarey@careyrodriguez.com>, Chris Stiner <cstiner@ahdootwolfson.com>
**Subject:** RE: H.K. v. Google LLC, Case No. 21-cv-01122 (C.D. Ill.)

Ext.

Hi Ted,

We are available during the following times to continue discussing the PO and ESI agreement. Please let us know when works for you.

This Friday: 9:00-10:00am, 11:30am-1:00pm.
Next Tuesday: 9:30-10:30am, 1:00-2:00pm
Next Wednesday: 9:00-11:00am.

Thanks
Sam

**Samuel Wilson** | **Perkins Coie LLP**
***pronouns: he/him/his***
(415) 344-7032