# Exhibit 7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W. through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 21-cv-01122<br><br>Hon. Sara L. Darrow<br><br>Mag. Judge Jonathan E. Hawley |

**PLAINTIFFS' FIRST SET OF INTERROGATORIES**
**TO DEFENDANT GOOGLE, LLC**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiffs request that Defendant Google, LLC answer the following interrogatories within 28 days.

These interrogatories are continuing, and Defendant shall supplement its answers when necessary to reflect events occurring and/or information becoming available after the service of Defendant's responses to these interrogatories.

## DEFINITIONS AND INSTRUCTIONS

1. When used in this document, the following terms, whether capitalized or not, are defined as follows. Defendant should rely on these definitions in responding to the requests:

(a) **BIPA** means the Illinois Biometric Information Privacy Act, 740 Ill. Comp. Stat. 14/1, *et seq*.

(b) **Communication** means the transmission of information.

(c) **Documents** has the meaning ascribed to it by Ill. Sup. Ct. R. 201(b)(1).

(d) **Face Group** means a group of photos with visually similar faces that Google creates in a Google Education user's account.

(e) **Voice Group** means a group of recordings with aurally similar voices that Google creates in a Google Education user's account.

(f) **Face Group Label** means any string of characters assigned to a particular Face Group by a Google Education user or by Google in his or her account.

(g) **Voice Group Label** means any string of characters assigned to a particular Voice Group by a Google Education user or by Google in his or her account.

(h) **Face Grouping** means the process by which Google creates a Face Group.

(i) **Voice Grouping** means the process by which Google creates a Voice Group.

(j) **Face Template** or **Face Embedding** means data that You generate, use to generate or derive from the pixelized image of a face in a photograph uploaded by a User to Google Education, which is used by Google to compare the visual similarity of faces in photographs.

(k) **Voice Template** or **Voice Embedding** means data that You generate, use to generate or derive from the recording of a voice in a recording uploaded by a User to Google Education, which is used by Google to compare the aural similarity of voices in recordings.

(l) **Face Template Database** means the stored collection or database of Face Templates, Face Embeddings, face representations or face vectors that You generated or derived from photographs uploaded to Google Education by Users.

(m) **Voice Template Database** means the stored collection or database of Voice Templates, Voice Embeddings, voice representations, voice vectors or voice prints that You generated or derived from recordings uploaded to Google Education by Users.

(n) **Face Recognition or Facial Recognition** means any automated, algorithmic or other computational process or analysis used to compare known faces against a new face and see if there is a probable match or similarity.

(o) **Voice Recognition or Vocal Recognition** means any automated, algorithmic or other computational process or analysis used to compare known voices against a new voice and see if there is a probable match or similarity.

(p) **Google, Defendant, or You** means Google, LLC and its officers, directors, partners, corporate parent(s), affiliates and subsidiary companies, including Google, Inc. and other predecessor entities, and employees, including employees of parent, affiliate and subsidiary companies, including of Google Inc. and other predecessor entities.

(q) **Illinois User** means a User in Illinois.

(r) **Plaintiffs** means H.K., J.C. and/or M.W.

(s) **Relevant Time Period** means the time period from five years preceding the filing of this action.

(t) **Security Breach** means any unauthorized access to stored information and/or data regardless of whether such data and/or information was altered, copied or changed.

(u) **User** means a natural person in the United States who, at any point during the Relevant Time Period, owned an active Google account and was a registered user of G Suite for Education or Google Apps for Education.

2. All interrogatories are limited to the Relevant Time Period unless the interrogatory itself specifies a different temporal limitation.

3. The use of singular nouns includes the plural, and vice versa.

**<u>INTERROGATORIES</u>**

1. State the number (or your best approximation of the number) of Face Templates, Face Groups or Face Embeddings in Your Face Template Database that were generated, collected, captured, stored or derived from photographs uploaded to G Suite for Education by all Users and by Illinois Users.

2. State the number (or your best approximation of the number) of Voice Templates, Voice Groups or Voice Embeddings in Your Voice Template Database that were generated, collected, captured, stored or derived from recordings uploaded to G Suite for Education by all Users and by Illinois Users.

3. State the percentage of total Users who have opted into Google's "me" feature.

4. For each Plaintiff, state the number (or your best approximation of the number) of times You generated, collected, captured, stored, or derived a Face Template or Face Embedding from an image of that Plaintiff's face depicted in a photograph uploaded to G Suite for Education. In responding, please provide the date(s) of each such generation, collection, or capture.

5. For each Plaintiff, state the number (or your best approximation of the number) of times You generated, collected, captured, stored, or derived a Voice Template or Voice

Embedding from a recording of that Plaintiff's voice uploaded to G Suite for Education. In responding, please provide the date(s) of each such generation, collection, or capture.

6. For each Plaintiff, state the number of times that Plaintiff's face depicted in a photograph uploaded to G Suite for Education was detected and the associated data compared against a Face Template or Face Embedding. In responding, please provide the date(s) on which each such detection(s) and comparison(s) occurred.

7. For each Plaintiff, state the number of times that Plaintiff's voice recording uploaded to G Suite for Education was detected and the associated data compared against a Voice Template or Voice Embedding. In responding, please provide the date(s) on which each such detection(s) and comparison(s) occurred.

8. Identify the geographic locations where (i) You generate, collect, capture, store, or derive Face Templates or Face Embeddings from photographs uploaded to G Suite for Education by Users; (ii) operate Your Face Grouping or Face Recognition technology to organize Users' photographs into Face Groups; (iii) each photograph depicting a Plaintiff's face that was uploaded to G Suite for Education was taken; and (v) each photograph depicting a Plaintiff's face that was uploaded to G Suite for Education was uploaded.

9. Describe all actions You undertook to obtain the information provided in Your answer to Interrogatory No. 8 above.

10. Identify the geographic locations where (i) You generate, collect, capture, store, or derive Voice Templates or Voice Embeddings from recordings uploaded to G Suite for Education by Users; (ii) operate Your Voice Grouping or Voice Recognition technology to organize Users' photographs into Face Groups; (iii) each recording of a Plaintiff's voice that was

uploaded to G Suite for Education was taken; and (v) each recording of a Plaintiff's voice that was uploaded to G Suite for Education was uploaded.

11. Describe all actions You undertook to obtain the information provided in Your answer to Interrogatory No. 10 above.

12. State the effective date of each publicly accessible webpage or other Document or Communication describing Your practices of collecting and storing Face Templates or Face Embeddings (including "models of . . . faces" or "algorithmic models"), creating Face Groups, and assigning Face Group Labels to Face Groups.

13. State the effective date of each publicly accessible webpage or other Document or Communication describing Your practices of collecting and storing Voice Templates or Voice Embeddings (including models of voice or algorithmic models), creating Voice Groups, and assigning Voice Group Labels to Voice Groups.

14. State the date (or your best approximation of the date) on which You first became aware of BIPA.

15. Describe every method by which You contend that You informed any or all Plaintiffs in writing that their biometric identifier or biometric information would be collected, captured, obtained, or stored.

16. Describe every method by which You contend that You informed any or all Plaintiffs in writing of the specific purpose for which their biometric identifier or biometric information would be collected, captured, obtained, stored, or used.

17. Describe every method by which You contend that You informed any or all Plaintiffs in writing of the length of term for which their biometric identifier or biometric information would be collected, captured, obtained, stored, or used.

18. Describe every method by which You contend that any or all Plaintiffs consented to the disclosure or redisclosure of their biometric identifier or biometric information.

19. If You contend that You possess or ever possessed a written policy establishing a retention schedule or guidelines for permanently destroying biometric identifiers or biometric information, identify all methods by which that policy was made available to the public.

20. Identify any written policy establishing Your retention schedule or guidelines for permanently destroying Face Templates, Face Embeddings, Voice Templates and/or Voice Embeddings and identify all methods by which any such policy or policies was or were made available to the public.

21. Describe all actions You undertook to comply with BIPA before the filing of the Complaint.

22. Provide the name and address of each witness who will testify at trial or who otherwise have knowledge of the facts asserted in Plaintiffs' First Amended Class Action Complaint.

23. State all the ways in which You use, generate, store or derive biometric information and/or biometric identifiers, and the corresponding Face Templates or Face Embeddings in Your Face Template Database.

24. State all the ways in which You use, generate, store or derive biometric information and/or biometric identifiers, and the corresponding Voice Templates or Voice Embeddings in Your Voice Template Database.

25. If you contend that any of Plaintiffs' claims are barred in whole or in part by the statute of limitations, please explain in detail the date you contend Plaintiff's cause of action

accrued and describe the specific event(s) You contend triggered the statute of limitations to start running on Plaintiff's claims.

Dated: January 10, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *\/s/ Joshua D. Arisohn*

Scott A. Bursor
Joseph I. Marchese
Joshua D. Arisohn
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: scott@bursor.com
jmarchese@bursor.com
jarisohn@bursor.com
pfraietta@bursor.com

**AHDOOT & WOLFSON, PC**
Robert Ahdoot
radhoot@ahdootwolfson.com
Tina Wolfson
twolfson@ahdootwolfson.com
Theodore Maya
tmaya@ahdootwolfson.com
Bradley K. King
bking@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

**HEDIN HALL LLP**
Frank S. Hedin
David W. Hall
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

E-mail: fhedin@hedinhall.com
dhall@hedinhall.com

**CAREY RODRIGUEZ MILIAN, LLP**
David P. Milian
dmilian@careyrodriguez.com
John C. Carey
jcarey@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

**BOUGHER, KRISHER & ASSOCIATES**
Andrew John Stuckart
202 N Lafayette Street
Macomb, IL 61455
309-833-1702
Fax: 309-833-1701
Email: andrew@bougherlaw.com

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2023, I caused true and correct copies of the foregoing to be served on all counsel of record via e-mail.

*/s/ Joshua D. Arisohn*
Joshua D. Arisohn