# Exhibit 8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W. through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 21-cv-01122<br><br>Hon. Sara L. Darrow<br><br>Mag. Judge Jonathan E. Hawley |

**PLAINTIFFS' FIRST SET OF DOCUMENT**
**REQUESTS TO DEFENDANT GOOGLE, LLC**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs request that Defendant Google, LLC respond in writing to the following discovery requests and produce all responsive documents to the undersigned counsel at the address listed below within 28 days of service of these requests.

These requests are continuing, and Defendant shall supplement its answers when necessary to reflect documents that become available after the service of Defendant's responses to these requests.

**DEFINITIONS AND INSTRUCTIONS**

1. When used in this document, the following terms, whether capitalized or not, are defined as follows. Defendant should rely on these definitions in responding to the requests:

(a) **BIPA** means the Illinois Biometric Information Privacy Act, 740 Ill. Comp. Stat. 14/1, *et seq*.

(b) **Communication** means the transmission of information.

(c) **Documents** has the meaning ascribed to it by Ill. Sup. Ct. R. 201(b)(1).

(d) **Face Group** means a group of photos with visually similar faces that Google creates in a Google Education user's account.

(e) **Voice Group** means a group of recordings with aurally similar voices that Google creates in a Google Education user's account.

(f) **Face Group Label** means any string of characters assigned to a particular Face Group by a Google Education user or by Google in his or her account.

(g) **Voice Group Label** means any string of characters assigned to a particular Voice Group by a Google Education user or by Google in his or her account.

(h) **Face Grouping** means the process by which Google creates a Face Group.

(i) **Voice Grouping** means the process by which Google creates a Voice Group.

(j) **Face Template** or **Face Embedding** means data that You generate, use to generate or derive from the pixelized image of a face in a photograph uploaded by a User to Google Education, which is used by Google to compare the visual similarity of faces in photographs.

(k) **Voice Template** or **Voice Embedding** means data that You generate, use to generate or derive from the recording of a voice in a recording uploaded by a User to Google Education, which is used by Google to compare the aural similarity of voices in recordings.

(l) **Face Template Database** means the stored collection or database of Face Templates, Face Embeddings, face representations or face vectors that You generated or derived from photographs uploaded to Google Education by Users.

(m) **Voice Template Database** means the stored collection or database of Voice Templates, Voice Embeddings, voice representations, voice vectors or voice prints that You generated or derived from recordings uploaded to Google Education by Users.

(n) **Face Recognition or Facial Recognition** means any automated, algorithmic or other computational process or analysis used to compare known faces against a new face and see if there is a probable match or similarity.

(o) **Voice Recognition or Vocal Recognition** means any automated, algorithmic or other computational process or analysis used to compare known voices against a new voice and see if there is a probable match or similarity.

(p) **Google, Defendant, or You** means Google, LLC and its officers, directors, partners, corporate parent(s), affiliates and subsidiary companies, including Google, Inc. and other predecessor entities, and employees, including employees of parent, affiliate and subsidiary companies, including of Google Inc. and other predecessor entities.

(q) **Illinois User** means a User in Illinois.

(r) **Plaintiffs** means H.K., J.C. and/or M.W.

(s) **Relevant Time Period** means the time period from five years preceding the filing of this action.

(t) **Security Breach** means any unauthorized access to stored information and/or data regardless of whether such data and/or information was altered, copied or changed.

(u) **User** means a natural person in the United States who, at any point during the Relevant Time Period, owned an active Google account and was a registered user of G Suite for Education or Google Apps for Education.

2. All requests are limited to the Relevant Time Period unless the request itself specifies a different temporal limitation.

3. Each page of each document should be assigned a unique identifying number. In Defendant's response, use these numbers to identify specifically which document(s) are responsive to each request.

4. The use of singular nouns includes the plural, and vice versa.

5. If any document is produced in redacted form, that portion of the document that is redacted should be identified and the response should, with respect to each such redaction, identify the basis for producing the document in redacted form.

## DOCUMENT REQUESTS

1. All Documents referenced in your Answers to Plaintiff's First Set of Interrogatories.

2. All Documents and Communications concerning Plaintiffs.

3. All Documents and Communications concerning your generation, collection, capture, derivation, storage, and use of Face Templates, Face Embeddings or Face Template Databases related to G Suite for Education.

4. All Documents and Communications concerning your generation, collection, capture, derivation, storage, and use of Voice Templates or Voice Template Databases related to G Suite for Education.

5. All Documents and Communications concerning Your practices of Face Grouping or Face Recognition related to G Suite for Education, including Your creation, storage, and use of Face Groups.

6. All Documents and Communications concerning Your practices of Voice Grouping or Voice Recognition related to G Suite for Education, including Your creation, storage, and use of Voice Groups.

7. Documents sufficient to show the number (or to approximate the number) of Face Templates or Face Embeddings in Your Face Template Database that were generated, obtained, or derived from photographs uploaded to G Suite for Education by Illinois Users.

8. Documents sufficient to show the number (or to approximate the number) of Voice Templates and Voice Embeddings in Your Voice Template Database that were generated, obtained, or derived from recordings uploaded to G Suite for Education by Illinois Users.

9. Documents sufficient to show the number (or to approximate the number) of Face Templates and Face Embeddings in Your Face Template Database that were generated, obtained, or derived from faces of Illinois Users that appeared in photographs uploaded to G Suite for Education by Users.

10. Documents sufficient to show the number (or to approximate the number) of Voice Templates and Voice Embeddings in Your Voice Template Database that were generated, obtained, or derived from voices of Illinois Users that were obtain from recordings uploaded to G Suite for Education by Users.

11. Documents sufficient to identify the number (or to approximate the number) of Face Templates and Face Embeddings in your Face Template Database that were generated, obtained, or derived from photographs uploaded to G Suite for Education by Users from devices assigned Illinois-based IP addresses.

12. Documents sufficient to identify the number (or to approximate the number) of Voice Templates and Voice Embeddings in your Voice Template Database that were generated, obtained, or derived from recordings uploaded to G Suite for Education by Users from devices assigned Illinois-based IP addresses.

13. Documents sufficient to show the number (or to approximate the number) of Illinois Users who uploaded one or more photograph(s) to G Suite for Education from which You generated, obtained, or derived a Face Template or Face Embeddings.

14. Documents sufficient to show the number (or to approximate the number) of Illinois Users who uploaded one or more recording(s) to G Suite for Education from which You generated, obtained, or derived a Voice Template or Voice Embeddings.

15. All Documents and Communications containing any Metadata, Internet-protocol (IP) address information, geo-location data, server log files, or any other data associated with (i) each photograph depicting any Plaintiff's face that has been uploaded to G Suite for Education; (ii) each Face Template or Face Embeddings derived therefrom.

16. All Documents and Communications containing any Metadata, Internet-protocol (IP) address information, geo-location data, server log files, or any other data associated with (i) each recording of any Plaintiff's voice that has been uploaded to G Suite for Education; (ii) each Voice Template or Voice Embedding derived therefrom.

17. Documents sufficient to show the geographic locations where You (i) generate or derive Face Templates or Face Embeddings from photographs uploaded to G Suite for Education by Users; and (ii) operate Your Face Grouping or Face Recognition technology to organize Users' photographs into Face Groups.

18. Documents sufficient to show the geographic locations where You (i) generate or derive Voice Templates or Voice Embeddings from recordings uploaded to G Suite for Education by Users; and (ii) operate Your Voice Grouping or Voice Recognition technology to organize Users' recordings into Voice Groups.

19. All Documents and Communications concerning Your ability to determine the Face Group Label that a User has assigned to a Face Group comprising photos depicting himself or herself.

20. All Documents and Communications concerning Your ability to determine the Voice Group Label that a User has assigned to a Voice Group comprising recordings of his or her voice.

21. Copies of all photographs uploaded to G Suite for Education by any User(s) that have been grouped into one or more Face Group(s) for which the User(s) assigned a Face Group Label of Plaintiffs, as well as all Documents and Communications concerning the Face Templates or Face Embeddings used to perform such Face Grouping or Face Recognition.

22. Copies of all recordings uploaded to G Suite for Education by any User(s) that have been grouped into one or more Voice Group(s) for which the User(s) assigned a Voice Group Label of Plaintiffs, as well as all Documents and Communications concerning the Voice Templates or Voice Embeddings used to perform such Voice Grouping or Voice Recognition.

23. Documents sufficient to show the geographic location(s) (or to approximate the geographic location(s)) where each photograph depicting Plaintiff's face that was uploaded to G Suite for Education was (i) taken; and (ii) uploaded.

24. Documents sufficient to show the geographic location(s) (or to approximate the geographic location(s)) where each recording of any Plaintiff's voice was uploaded to G Suite for Education was (i) taken; and (ii) uploaded.

25. Copies of all publicly accessible webpages or other Documents or Communications describing Your practices of creating, generating, deriving, collecting, capturing, or storing Face Templates or Face Embedding, "models of . . . faces" or "algorithmic models," Face Groups, and Face Group Labels, and Documents sufficient to show location and the range of dates that each such webpage or other Document or Communication was publicly accessible.

26. Copies of all publicly accessible webpages or other Documents or Communications describing Your practices of creating, generating, deriving, collecting, capturing, or storing Voice Templates or Voice Embeddings, models of voices or algorithmic models, Voice Groups, and Voice Group Labels, and Documents sufficient to show location and the range of dates that each such webpage or other Document or Communication was publicly accessible.

27. All Documents that You contend informed Plaintiffs or any of Your other Illinois Users in writing that their biometric identifier or biometric information would be collected or stored if photographs depicting their faces are uploaded to G Suite for Education.

28. All Documents that You contend informed Plaintiffs or any of Your other Illinois Users in writing that their biometric identifier or biometric information would be collected or stored if recordings of their voices are uploaded to G Suite for Education.

29. All Documents that You contend informed Plaintiffs or any of Your other Illinois Users in writing of the specific purpose for which their biometric identifier or biometric information would be collected, stored, or used if photographs depicting their faces are uploaded to G Suite for Education.

30. All Documents that You contend informed Plaintiffs or any of Your other Illinois Users in writing of the specific purpose for which their biometric identifier or biometric information would be collected, stored, or used if recordings of their voices are uploaded to G Suite for Education.

31. All Documents that You contend informed Plaintiffs or any of Your other Illinois Users in writing of the length of term for which their biometric identifier or biometric information would be collected, stored, or used.

32. All Documents by which You contend Plaintiffs or any of Your other Illinois Users consented to the disclosure or redisclosure of their biometric identifier or biometric information.

33. If You contend that You disclosed any biometric identifier or biometric information about Plaintiffs or any other Illinois Users to complete a financial transaction requested or authorized by the subject of the disclosure, or by the subject's legally authorized representative, then please produce all Documents supporting that contention.

34. If You contend that You disclosed any biometric identifier or biometric information about Plaintiffs or any of other Illinois Users in order to comply with State or federal law or municipal ordinance, then please produce all Documents supporting that contention.

35. If You contend that You disclosed any biometric identifier or biometric information about Plaintiffs or any of other Illinois Users pursuant to a subpoena, then please produce all documents supporting that contention.

36. All written policies establishing a retention schedule or guidelines for permanently destroying biometric identifiers or biometric information.

37. All Documents relating to the public availability of any policy produced in response to Request No. 36 above.

38. All Documents relating to the deletion, destruction, damage, overwriting, disposition, or loss of any Face Templates or Face Embeddings collected from photographs uploaded by Plaintiffs or any other Illinois Users to G Suite for Education.

39. All Documents relating to the deletion, destruction, damage, overwriting, disposition, or loss of any Voice Templates or Voice Embeddings collected from recordings uploaded by Plaintiffs or any other Illinois Users to G Suite for Education.

40. All Documents identifying the manner in which You have secured information collected through Your Illinois Users' use of G Suite for Education at any time during the Relevant Time Period.

41. All documents relating to any complaints that You received concerning Your generation, derivation, collection, storage, disclosure, destruction, or use of Face Templates or Face Embeddings in connection with Illinois Users' use of G Suite for Education.

42. All documents relating to any complaints that You received concerning Your generation, derivation, collection, storage, disclosure, destruction, or use of Voice Templates or Voice Embeddings in connection with Illinois Users' use of G Suite for Education.

43. Documents or Communications sufficient to show the date (or approximate date) on which You first became aware of BIPA.

44. All Documents and Communications concerning the feasibility of operating G Suite for Education in compliance with BIPA.

45. All Documents and Communications concerning the feasibility of operating G Suite for Education in compliance with any other state law regulating the collection, storage, or use of biometric identifiers or biometric information, including without limitation Texas's Capture of Use of Biometric Identifiers Act, Tex. Bus. & Com. Code § 503.001.

46. All Documents and Communications concerning any dangers, threats, or risks of harm to consumers resulting from Your generation, creation, collection, storage, and/or derivation of Face Templates or Face Embeddings from photographs uploaded by Users.

47. All Documents and Communications concerning any dangers, threats, or risks of harm to consumers resulting from Your generation, creation, collection, storage, and/or derivation of Voice Templates or Voice Embeddings from recordings uploaded by Users.

48. All Documents and Communications concerning any requests You have made for Users to evaluate and describe the contents of their photos to assist You in improving Your Facial Recognition technology or the accuracy of the Face Templates or Face Embeddings you generate or derive from photographs uploaded to G Suite for Education.

49. All Documents and Communications concerning any requests You have made for Users to evaluate and describe the contents of their recordings to assist You in improving Your

Voice Recognition technology or the accuracy of the Voice Templates or Voice Embeddings you generate or derive from recordings uploaded to G Suite for Education.

50. All Documents and Communications concerning any presentation, speech, panel discussion, symposium or the like that Google or any Google employee sponsored or participated in concerning Facial Recognition, Voice Recognition, Face Templates, Face Embeddings, Voice Templates, Voice Embeddings, Face Grouping, Voice Grouping or BIPA.

51. All Documents and Communications exchanged with any governmental or regulatory body concerning Your compliance with BIPA.

52. All Documents and Communications concerning any actions taken by You or any other entity acting on Your behalf to lobby, persuade, or otherwise attempt to cause the Illinois legislature to repeal or amend BIPA.

53. Copies of all United States Patents and published or internal research papers that you own or have been assigned, as well as copies of all pending United States Patent Applications filed by you or on your behalf, that describe the technology You use (i) to generate or derive Face Templates or Face Embeddings from photographs uploaded to G Suite for Education; (ii) to create Face Groups and assign Face Group Labels to Face Groups; or (iii) to perform Facial Recognition.

54. Copies of all United States Patents and published or internal research papers that you own or have been assigned, as well as copies of all pending United States Patent Applications filed by you or on your behalf, that describe the technology You use (i) to generate or derive Voice Templates or Voice Embeddings from recordings uploaded to G Suite for Education; (ii) to create Voice Groups and assign Voice Group Labels to Voice Groups; or (iii) to perform Voice Recognition.

55. All Documents and Communications concerning any Security Breach of your Face Template Database.

56. All Documents and Communications concerning any Security Breach of your Voice Template Database.

57. Any contracts or agreements that You contend govern Your relationship with Plaintiffs.

58. All Documents and Communications prepared by, sent from, or received by Your former CEO Eric Schmidt concerning Your use of Facial Recognition technology in connection with G Suite for Education or the generation or derivation of Face Templates or Face Embeddings to create Face Groups or for any other purpose in G Suite for Education.

59. All Documents and Communications prepared by, sent from, or received by Your former CEO Eric Schmidt concerning Your use of Voice Recognition technology in connection with G Suite for Education or the generation or derivation of Voice Templates or Voice Embeddings to create Voice Groups or for any other purpose in G Suite for Education.

60. All Documents and Communications exchanged between You and Facebook, Inc. or Shutterfly, Inc. concerning BIPA or this litigation.

61. All Documents and Communications exchanged between You and Internet Association concerning BIPA or this litigation.

62. All Documents and Communications concerning Clearview AI, Inc.'s generation or derivation of data, for the purpose of performing Facial Recognition, from photographs that Users have uploaded to G Suite for Education.

63. All Documents and Communications exchanged between You and the Illinois Chamber of Commerce concerning BIPA or this litigation.

64. All contracts or agreements between You and any person that may provide for indemnification or insurance for liability and/or damages in this action.

65. Documents sufficient to show the purposes for which You use Face Recognition.

66. Documents sufficient to show the purposes for which You use Voice Recognition.

67. Documents sufficient to show the structure or accuracy of any neural network and related algorithms that You use Face Recognition or generation of Face Templates or Face Embeddings.

68. Documents sufficient to show the structure or accuracy of any neural network and related algorithms that You use Voice Recognition or generation of Voice Templates or Voice Embeddings.

Dated: January 10, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *___/s/ Joshua D. Arisohn______*

Scott A. Bursor
Joseph I. Marchese
Joshua D. Arisohn
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: scott@bursor.com
jmarchese@bursor.com
jarisohn@bursor.com
pfraietta@bursor.com

**AHDOOT & WOLFSON, PC**
Robert Ahdoot
radhoot@ahdootwolfson.com
Tina Wolfson

twolfson@ahdootwolfson.com
Theodore Maya
tmaya@ahdootwolfson.com
Bradley K. King
bking@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

**HEDIN HALL LLP**
Frank S. Hedin
David W. Hall
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
E-mail: fhedin@hedinhall.com
dhall@hedinhall.com

**CAREY RODRIGUEZ MILIAN, LLP**
David P. Milian
dmilian@careyrodriguez.com
John C. Carey
jcarey@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

**BOUGHER, KRISHER & ASSOCIATES**
Andrew John Stuckart
202 N Lafayette Street
Macomb, IL 61455
309-833-1702
Fax: 309-833-1701
Email: andrew@bougherlaw.com

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2023, I caused true and correct copies of the foregoing to be served on all counsel of record via e-mail.

*/s/ Joshua D. Arisohn*
Joshua D. Arisohn