IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

No. 1:21-cv-01122-SLD-JEH

**JOINT MOTION FOR HEARING CONCERNING DISCOVERY DISPUTE**

Pursuant to Federal Rule of Civil Procedure 37, section VIII of the Court's Standing Order, and the direction provided by the Court at the hearing on June 28, 2023 (ECF No. 38), the Parties certify that they have met and conferred in attempts to reach agreement on a Protective Order. The Parties have been unable to reach agreement on the following two issues:

1. Which witnesses may be shown material designated "Highly Confidential - Attorneys Eyes Only" during depositions (addressed in section 7(c)(vii) of the competing proposed protective orders); and
2. The handling of waiver of privilege (addressed in section 18 of the competing proposed protective orders).

Plaintiffs' proposed protective order is attached hereto as Exhibit A.

Defendant's proposed protective order is attached hereto as Exhibit B.

A redline comparison between Plaintiffs' proposed protective order and Defendant's proposed protective order is attached hereto as Exhibit C.

The Parties therefore respectfully request that the Court schedule a telephonic conference to hear the Parties and resolve the above-mentioned disputes.

Respectfully submitted,

Date: July 19, 2023

By: */s/ Tina Wolfson*

**AHDOOT & WOLFSON, PC**
Robert Ahdoot
Tina Wolfson
Theodore Maya
Bradley K. King
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
radhoot@ahdootwolfson.com
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com

**BURSOR & FISHER PA**
Joseph I. Marchese
Joshua D. Arisohn
Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
jmarchese@bursor.com
jarisohn@bursor.com
pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
David W. Hall
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinhall.com
dhall@hedinhall.com

**CAREY RODRIGUEZ LLP**
John C. Carey
jcarey@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

**BOUGHER, KRISHER & ASSOCIATES**
Andrew John Stuckart
202 N Lafayette Street
Macomb, IL 61455
Telephone: (309) 833-1702
Facsimile: (309) 833-1701
andrew@bougherlaw.com

*Attorneys for Plaintiffs*

Date: July 19, 2023

By: */s/ Nicola Menaldo*

Nicola Menaldo
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900

Bobbie Wilson, Lead Counsel
Sunita Bali
Samuel Wilson

**PERKINS COIE LLP**
505 Howard St., Suite 100
San Francisco, CA 94015-3204
Telephone: (415) 344-7000
BWilson@perkinscoie.com
SBali@perkinscoie.com
SWilson@perkinscoie.com

Seattle, WA 98101-3099
Telephone: (206) 359-8000
NMenaldo@perkinscoie.com

Christopher B Wilson
Kathleen A. Stetsko
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Telephone: 312.324.8400
CWilson@perkinscoie.com
KStetsko@perkinscoie.com

*Attorneys for Defendant*

## ATTESTATION OF FILER

I hereby attest that all signatories above have reviewed and concur with the filings of this document.

Dated: July 19, 2023

*/s/ Tina Wolfson*
Tina Wolfson