AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

H.K. and J.C. through father CLINTON FARWELL, et al.
*Plaintiff*
v.
GOOGLE, LLC
*Defendant*

Case No. 1:21-cv-01122-SLD-JEH

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant GOOGLE, LLC .

Date: 08/01/2023

/s/ Jordan Harris
*Attorney's signature*

Jordan Harris, WSBA Bar No.: 55499
*Printed name and bar number*

Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
*Address*

JordanHarris@perkinscoie.com
*E-mail address*

(206) 359-3170
*Telephone number*

(206) 359-9000
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

H.K. and J.C. through father CLINTON FARWELL, et al. )
*Plaintiff* )
v. ) Case No. 1:21-cv-01122-SLD-JEH
GOOGLE, LLC )
*Defendant* )

CERTIFICATE OF SERVICE

I certify that on 08/01/2023, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

All counsel of record,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

______________________________.

/s/ Jordan Harris
*Attorney's signature*

Jordan Harris, WSBA Bar No.: 55499
*Printed name and bar number*

Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
*Address*

JordanHarris@perkinscoie.com
*E-mail address*

(206) 359-3170
*Telephone number*

(206) 359-9000
*Fax number*