**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 1:21-cv-01122-SLD-JEH<br><br>Chief Judge Sara L. Darrow<br>Magistrate Judge Jonathan E. Hawley<br><br>**STIPULATED MOTION, STATUS REPORT, AND [PROPOSED] ORDER TO CONTINUE STAY** |

**STIPULATED MOTION AND STATUS REPORT**

In accordance with the Court's Order dated March 25, 2024, Plaintiffs H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated, and Defendant Google LLC (collectively, the "Parties"), by and through their respective attorneys, hereby move the Court to continue the stay of all deadlines currently in effect in the above-captioned matter for an additional 14 days, in order to accommodate an unexpected surgery affecting Plaintiffs' counsel and to allow the Parties to finalize the settlement agreement on which they diligently have been working and to resolve some remaining logistical issues.

The Parties agree that continuance of the stay is necessary and in the best interest of the Parties for the reasons described below:

1. On August 17, 2023, the Court stayed all deadlines in this action for a period of 90 days to allow the Parties to conclude their settlement discussions.

2. On August 21, 2023, this Court granted Plaintiffs' partial motion for remand, severing Plaintiffs' section 15(a) claim and remanding it to the Circuit Court of the Ninth Judicial Circuit, McDonough County.

3. On October 31, 2023, the Parties informed the Court that they had reached an agreement in principle concerning a possible settlement of this matter and were in the process of finalizing a settlement agreement and requested that the Court stay deadlines for 45 days in order to allow those negotiations to continue. (Dkt. 46.)

4. On November 1, 2023, the Court granted the Parties' request to stay via a text order in which the Court also ordered Plaintiff to file a Stipulation to dismiss or a Status Report by December 18, 2023.

5. On December 18, 2023, the Parties filed a second request to stay, in which they informed the Court that their efforts to finalize the settlement agreement continued. (Dkt. 47.)

6. On December 19, 2023, the Court granted the Parties' second request to stay via a text order in which the Court also ordered Plaintiff to file a Stipulation to dismiss by February 20, 2024.

7. On February 21, 2024, the Court entered a text order in which it *sua sponte* extended that deadline to February 28, 2024.

8. On February 23, 2024, the Court entered a text order granting the Parties' stipulation to further extend the deadline to March 22, 2024.

9. On March 25, 2024, the Court entered a text order granting the Parties' stipulation to further extend the deadline to May 21, 2024.

10. The Parties have made great progress since the Court last continued the stay, and believe they are close to finalizing the Settlement. However, Plaintiffs' lead counsel had to undergo unexpected surgery, necessitating a relatively short additional stay to complete the Settlement. The Parties thus require a stay beyond May 21, 2024, to resolve those issues.

11. Accordingly, the Parties request that the Court issue an Order continuing the stay of all deadlines scheduled to occur in this action for an additional 14 days, to June 4, 2024.

DATED: May 21, 2024

By: s/ *Tina Wolfson*

Robert R. Ahdoot
Tina Wolfson
Theodore Walter Maya
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111
rahdoot@ahdootwolfson.com
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

Scott A. Bursor
Joseph I. Marchese
Joshua D. Arisohn
Philip L. Fraietta
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: scott@bursor.com
jmarchese@bursor.com
jarisohn@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
E-mail: fhedin@hedinhall.com
dhall@hedinhall.com

Andrew Stuckart
**LUCIE, BOUGHER & ASSOCIATES, Attorneys at Law, P.C.**
202 N. Lafayette St.
Macomb, IL 61455
Ph.: (309) 833-1702
Fx.: (309) 833-1701
andrew@lucielaw.com

Respectfully Submitted,

By: s/ *Elliott J. Joh*

Nicola Menaldo
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: NMenaldo@perkinscoie.com

Kathleen A. Stetsko
**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606-1511
Telephone: 312.324.8400
Email: KStetsko@perkinscoie.com

Bobbie Wilson, Lead Counsel
Sunita Bali
Elliott Joh
**PERKINS COIE LLP**
505 Howard St., Suite 100
San Francisco, CA 94015-3204
Telephone: 415.344.7000
Email: BWilson@perkinscoie.com
Email: SBali@perkinscoie.com
Email: EJoh@perkinscoie.com

## ATTESTATION OF FILER

I hereby attest that all signatories above have reviewed and concur with the filing of this document.

Dated: May 21, 2024

*s/ Tina Wolfson*
Tina Wolfson

**[PROPOSED] ORDER**

IT IS SO ORDERED. All deadlines scheduled to occur in this action are stayed for a period of 14 days, to June 4, 2024.

Dated this _____ day of _______, 2024.

______________________________
Jonathan E. Hawley
United States Magistrate Judge