**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 1:21-cv-01122-SLD-JEH<br><br>Chief Judge Sara L. Darrow<br>Magistrate Judge Jonathan E. Hawley<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

In accordance with the Court's Order dated June 20, 2024, Plaintiffs H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated, and Defendant Google LLC (collectively, the "Parties"), by and through their respective attorneys, hereby provide the Court with the following status report:

1. The Parties have finalized their settlement agreement, and are continuing to work diligently to finalize the settlement agreement exhibits. The Parties anticipate being able to complete within the next three weeks.

2. Once the exhibits are complete, the Parties anticipate stipulating to remand this matter to the Circuit Court for the Ninth Judicial District, McDonough County for the State of Illinois, where Plaintiffs will move for preliminary approval of the settlement. This Court previously severed and remanded Plaintiffs' claim asserted under 740 ILCS 14/15(a) to the Circuit Court for the Ninth Judicial District, McDonough County, on August 21, 2023.

3. Accordingly, the Parties request that the Court issue an Order continuing the stay of all deadlines scheduled to occur in this action for an additional 21 days, to July 23, 2024.

DATED: July 1, 2024

Respectfully Submitted

By: s/ *Philip L. Fraietta*

Scott A. Bursor
Joseph I. Marchese
Joshua D. Arisohn
Philip L. Fraietta
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: scott@bursor.com
jmarchese@bursor.com
jarisohn@bursor.com
pfraietta@bursor.com

Robert R. Ahdoot
Tina Wolfson
Theodore Walter Maya
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111
rahdoot@ahdootwolfson.com
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

Frank S. Hedin
David W. Hall
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
E-mail: fhedin@hedinhall.com
dhall@hedinhall.com

Andrew Stuckart
**LUCIE, BOUGHER & ASSOCIATES, Attorneys at Law, P.C.**
202 N. Lafayette St.
Macomb, IL 61455
Ph.: (309) 833-1702
Fx.: (309) 833-1701
andrew@lucielaw.com

Respectfully Submitted,

By: s/ *Elliott J. Joh*

Nicola Menaldo
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: NMenaldo@perkinscoie.com

Kathleen A. Stetsko
**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606-1511
Telephone: 312.324.8400
Email: KStetsko@perkinscoie.com

Bobbie Wilson, Lead Counsel
Sunita Bali
Elliott Joh
**PERKINS COIE LLP**
505 Howard St., Suite 100
San Francisco, CA 94015-3204
Telephone: 415.344.7000
Email: BWilson@perkinscoie.com
Email: SBali@perkinscoie.com
Email: EJoh@perkinscoie.com

**ATTESTATION OF FILER**

I hereby attest that all signatories above have reviewed and concur with the filing of this document.

Dated: July 1, 2024

/*s/ Philip L. Fraietta*
Philip L. Fraietta

**[PROPOSED] ORDER**

IT IS SO ORDERED. All deadlines scheduled to occur in this action are stayed for a period of 21 days, to July 23, 2024.

Dated this _____ day of _______, 2024.

____________________________
Jonathan E. Hawley
United States Magistrate Judge