**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 1:21-cv-01122-SLD-JEH<br><br>Chief Judge Sara L. Darrow<br>Magistrate Judge Jonathan E. Hawley<br><br>**STIPULATION TO REMAND ACTION TO THE CIRCUIT COURT OF MCDONOUGH COUNTY** |

## STIPULATION

Plaintiffs H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated, and Defendant Google LLC ("Google") (collectively, the "Parties") by and through their respective attorneys, hereby stipulate and agree to remand this action ("Action") in its entirety to the Circuit Court of the Ninth Judicial Circuit, McDonough County, Illinois, where it was originally filed.

In support of the instant stipulation, the Parties state as follows:

WHEREAS, this Action, alleging Google violated two sections of the Illinois Biometric Information Privacy Act ("BIPA")—740 ILCS 14/15(a) and 740 ILCS 14/15(b), was originally filed in the Circuit Court of the Ninth Judicial Circuit, McDonough County, Illinois, on November 19, 2020 (*H.K. et al. v. Google LLC*, No. CC 20LL00017).

WHEREAS, on April 20, 2021, Google removed this Action to the United States District Court for the Northern District of Illinois (ECF No. 1).

WHEREAS, on November 2, 2022, Plaintiffs filed a motion for partial remand requesting the Court remand the BIPA section 15(a) claims (ECF No. 32), which Google opposed on November 16, 2022.

WHEREAS, on August 21, 2023, this Court granted Plaintiffs' motion for partial remand, severed and remanded the BIPA section 15(a) claims back to the Circuit Court of the Ninth Judicial Circuit, McDonough County (ECF No. 45).

WHEREAS, through the assistance of private mediation with Judge Stuart E. Palmer (Ret.) at JAMS, the Parties have reached a settlement-in-principle that, if finally approved, will resolve all claims asserted in this Action.

WHEREAS, the Parties have reduced their settlement to a written settlement agreement and the agreement has been executed in full.

WHEREAS, The Parties' settlement contemplates effectuation of the settlement in the Circuit Court of McDonough County, Illinois, where the Action was originally commenced.

WHEREAS, the Parties have conferred and agreed that the Action should be remanded in its entirety to the Circuit Court of the Ninth Judicial Circuit, McDonough County, Illinois, for all further proceedings related to the settlement.

WHEREAS, the Parties have further agreed that the remand contemplated herein shall be without prejudice to Google's rights pursuant to 28 U.S.C. §§ 1441, 1446 and 1453.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. This Action shall be remanded in its entirety to the Circuit Court of the Ninth Judicial Circuit, McDonough County, Illinois;

2. Remand of this Action shall be without prejudice to Google's rights pursuant to 28 U.S.C. §§ 1441, 1446 and 1453;

3. The Clerk of the Court shall mark this Action as closed; and

4. Each party to bear their own fees and costs.

**SO ORDERED.**

DATED: _____________, 2024

_________________________
HON. SARA DARROW
Chief United States District Judge

**STIPULATED AND AGREED TO:**

PLAINTIFFS
H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD

By: *s/ Robert R. Ahdoot*
Robert R. Ahdoot
Tina Wolfson
Theodore Walter Maya
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111
rahdoot@ahdootwolfson.com
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

John C. Carey
**CAREY RODRIGUEZ, LLP**
jcarey@careyrodriguez.com
Carey Rodriguez, LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Tel: (305) 372-7474
Fax: (305) 372-7475

Scott A. Bursor
Joseph I. Marchese
Joshua D. Arisohn
Philip L. Fraietta
**BURSOR & FISHER, P.A.**
701 Brickell Avenue
Miami, Florida 33131
Tel: (305) 330-5512
Fax: (212) 989-9163
E-Mail: scott@bursor.com
jmarchese@bursor.com
jarisohn@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
**HEDIN HALL LLP**

DEFENDANT
GOOGLE, LLC

By: *s/ Nicola Menaldo*
Nicola Menaldo
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: NMenaldo@perkinscoie.com

Kathleen A. Stetsko
**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606-1511
Telephone: 312.324.8400
Email: KStetsko@perkinscoie.com

Bobbie Wilson, Lead Counsel
Sunita Bali
Elliott Joh
**PERKINS COIE LLP**
505 Howard St., Suite 100
San Francisco, CA 94015-3204
Telephone: 415.344.7000
Email: BWilson@perkinscoie.com
Email: SBali@perkinscoie.com
Email: EJoh@perkinscoie.com

1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
E-mail: fhedin@hedinhall.com
dhall@hedinhall.com

Andrew Stuckart
**LUCIE, BOUGHER & ASSOCIATES,**
**Attorneys at Law, P.C.**
202 N. Lafayette St.
Macomb, IL 61455
Ph.: (309) 833-1702
Fx.: (309) 833-1701
andrew@lucielaw.com

**ATTESTATION OF FILER**

I hereby attest that all signatories above have reviewed and concur with the filing of this document.

Dated: July 23, 2024

*/s/ Nicola Menaldo*
Nicola Menaldo